AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

United States of America
v.
STACEY STOREY
*Defendant*

Case No. 2:24CR103
FID: 11735727
HSI

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* STACEY STOREY
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count One:
18 U.S.C. §§ 371/48 Conspiracy to Create and Distribute Animal Crushing Videos

Date: 12/12/2024

*Issuing officer's signature*

City and state: Norfolk, VA

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 12/16/24
at *(city and state)* _____

Date: 12/16/24

*Arresting officer's signature*

HENLEY DUSKY
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

**ORIGINAL**

| United States of America | ) |
| v. | ) |
| STACEY STOREY | ) Case No. 2:24CR103 |
| *Defendant* | ) FID: 11735727 |
| | ) HSI |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   STACEY STOREY ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☑ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count One:
18 U.S.C. §§ 371/48 Conspiracy to Create and Distribute Animal Crushing Videos

Date: 12/12/2024

*Issuing officer's signature*

City and state:   Norfolk, VA

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

Arrested in Middle District of Alabama on December 16, 2024.