IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

      v.                                                    Criminal No.: 2:24cr103

STACEY STOREY

      Defendant.

## ORDER

This matter is scheduled for sentencing on June 17, 2025 at 2:30 p.m. The Court finds that the Defendant is financially unable to provide the necessary transportation to appear before the Court for the hearing.

Therefore, it is ORDERED, pursuant to 18 U.S.C. 4285, that the U.S. Marshals Service shall arrange for Defendants means of non-custodial transportation from Clanton, Alabama, so that she arrives in Norfolk, VA no later than 12:30 p.m. on June 17, 2025. The U.S. Marshals Service shall also provide Defendant with an amount of money for subsistence expenses during travel and while in Norfolk, VA.

The U.S. Marshals Service is directed to notify the Court, Defense Counsel and the Defendant of all travel arrangements no later than June 1, 2025.

The Court DIRECTS the Clerk to provide a copy of this Order to all parties and the U.S. Marshals Service.

IT IS SO ORDERED.

Norfolk, Virginia
February 3, 2025

                                              /s/
                                          Elizabeth W. Hanes
                                          United States District Judge